WILSON TURNER KOSMO LLP
VICKIE E. TURNER (106431)
ROBERT K. DIXON (262252)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: vturner@wilsonturnerkosmo.com
E-mail: rdixon@wilsonturnerkosmo.com

Attorneys for Defendants
RAC ACCEPTANCE WEST, LLC (erroneously sued as Acceptance Now, LLC) and ROHNERT PARK FURNITURE SOLUTIONS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ANTONIO GONZALEZ CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>ROHNERT PARK FURNITURE SOLUTIONS INC., ACCEPTANCE NOW, LLC,<br><br>    Defendants. | Case No. 16-CV-06589-WHO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: Nov. 14, 2016<br><br>Dept.: 2 - 17th Floor<br>District Judge: Hon. William H. Orrick<br>Trial Date: Not Set |

Plaintiff ANTONIO GONZALEZ CRUZ ("Plaintiff") and Defendants ROHNERT PARK FURNITURE SOLUTIONS, INC. and RAC ACCEPTANCE WEST, LLC ("Defendants") respectfully move this Honorable Court to dismiss Plaintiff's claims with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court.

Dated: March 23, 2017          By: _____
                                    ANTONIO GONZALEZ-CRUZ
                                    Plaintiff In Pro Per

-1-                                          Case No. 16-CV-06589-WHO
STIPULATION OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: April 5, 2017 | **WILSON TURNER KOSMO LLP** |
| 2 | | By: /S/ *Robert K. Dixon* |
| 3 | | VICKIE E. TURNER |
| | | ROBERT K. DIXON |
| 4 | | MARK A. REIN |
| 5 | | Attorney for Defendants |
| | | RAC ACCEPTANCE WEST, LLC and |
| 6 | | ROHNERT PARK FURNITURE SOLUTIONS INC. |

-2-   Case No. 16-CV-06589-WHO

STIPULATION OF DISMISSAL WITH PREJUDICE