1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ANTONIO GONZALEZ CRUZ, | Case No. 16-CV-06589-WHO |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Complaint Filed:  Nov. 14, 2016 |
| ROHNERT PARK FURNITURE SOLUTIONS INC., ACCEPTANCE NOW, LLC, | Dept.:     2 - 17th Floor |
| Defendants. | District Judge: Hon. William H. Orrick<br>Trial Date:Not Set |

        Having reviewed Plaintiff ANTONIO GONZALEZ CRUZ ("Plaintiff") and

Defendants ROHNERT PARK FURNITURE SOLUTIONS, INC. and RAC

ACCEPTANCE WEST, LLC's Stipulation of Dismissal with Prejudice, and finding

good cause therefor, the Court hereby **GRANTS** the stipulation.  Thus, Plaintiff's

claims are **DISMISSED WITH PREJUDICE**, and each party to this action shall

bear its own attorney fees and costs.  All claims and parties having been dismissed,

the Clerk of Court is directed to enter judgment accordingly, then terminate this case.

        **SO ORDERED.**

Dated: April 7, 2017

_____

        Hon. William H. Orrick
        United States District Judge